ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney          ***REMAND/MADE JS-6***
Chief, Civil Division
ROBERT I. LESTER
Assistant United States Attorney
California State Bar No. 116429
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California  90012
    Telephone: (213) 894-2464
    Facsimile: (213) 894-7819
    robert.lester@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HAO TANG, | ) No. CV 11-7813-GW(FFMx) |
| Plaintiff, | ) |
| v. | ) **ORDER REMANDING CASE TO UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, PURSUANT TO 8 U.S.C. § 1447(b)** |
| USCIS; DIST DIR LA DIST; DIR USCIS; SEC DHS; US AG, | ) |
| Defendants. | ) |

Pursuant to stipulation, IT IS HEREBY ORDERED that:

1. Plaintiff's Form N-400 Application is REMANDED to USCIS for adjudication of, and issuance of a decision on, the application within 60 days after entry of this order. For purposes of this order, "adjudication of, and issuance of a decision on" is limited to the decision by USCIS on Plaintiff's naturalization application (N-400), and does not include any decision by USCIS regarding any subsequent administrative appeal by Plaintiff (pursuant to 8 C.F.R. § 336.2), in the event the application is adjudicated negatively.

2. This action is DISMISSED without prejudice. Each side is to bear its own attorney's fees and costs.

DATED: January 30, 2012

_____
GEORGE H. WU, U.S. DISTRICT JUDGE

1     WHEREAS:
2 1.   On September 21, 2011, Plaintiff filed a petition pursuant
3 to 8 U.S.C. § 1447(b), requesting this Court to adjudicate his
4 application for naturalization that had been pending before the
5 United States Citizenship and Immigration Services ("USCIS").
6 2.   USCIS is now prepared to resolve this matter by adjudicating
7 Plaintiff's petition.
8     Accordingly, IT IS HEREBY STIPULATED that:
9 1.   The Court should remand this case to USCIS to permit it to
10 adjudicate Plaintiff's naturalization application within 60 days
11 of the entry of the Court's remand order.  See 8 U.S.C. § 1447(b)
12 (explaining that the district court "may remand [a Section
13 1447(b) case], with appropriate instructions, to the [USCIS]");
14 United States v. Hovsepian, 359 F.3d 1144, 1160 (9th Cir. 2004)
15 (accord).
16 2.   If USCIS issues a decision on Plaintiff's naturalization
17 application within 60 days of the entry of the Court's remand
18 order, each party agrees to bear its own fees and costs,
19 and Plaintiff agrees not to seek attorney's fees or costs in
20 connection with this case.  However, if USCIS does not issue a
21 decision within 60 days of the entry of the Court's remand order,
22 ///
23 ///
24 ///
25 ///
26 ///
27
28

1 | Defendants will not oppose Plaintiff's request to this Court
2 | to vacate the remand order and thereby exercise jurisdiction over
3 | Plaintiff's petition pursuant to 8 U.S.C. § 1447(b).

DATED: January __, 2012.     ANDRÉ BIROTTE JR.
                             United States Attorney
                             LEON W. WEIDMAN
                             Assistant United States Attorney
                             Chief, Civil Division

                             _____
                             ROBERT I. LESTER
                             Assistant United States Attorney

                             Attorneys for Defendants

DATED: January __, 2012.     _____
                             ANDREW J. VAZQUEZ

                             Attorney for Plaintiff